**FILED**

January 20, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ MC

DEPUTY

4:57 pm
1/20/2026

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

MONICA JOHNSON, et al.,          §
                                 §
  *Plaintiffs,*                  §
                                 §
*v.*                             §          CASE NO. 6:24-CV-00108-DTG
                                 §
DARRYL HENSON, et al.,           §
                                 §
  *Defendants,*                  §

---

## VERDICT FORM

---

**QUESTION NO. 1:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that she engaged in an activity protected by the First Amendment?

Answer YES or NO: ___YES___

If you answered YES to Question No. 1, answer Question No. 2, then follow the instructions following Question No. 2.

If you answered NO to Question No. 1, skip to Question No. 8, answer Question No. 8, then follow the instructions following Question No. 8.

**QUESTION NO. 2:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Darryl Henson took an action against her that would deter a person of ordinary firmness from continuing to engage in activities protected by the First Amendment?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 2, answer Question No. 3, then follow the instructions following Question No. 3.

If you answered NO to Question No. 2, skip Question No. 3, answer Question No. 4, then follow the instructions following Question No. 4.

**QUESTION NO. 3:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Darryl Henson's actions were motivated or substantially caused by her protected activities?

Answer YES or NO: _____YES_____

Proceed to Question No. 4.

**QUESTION NO. 4:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant John Simmons took an action against her that would deter a person of ordinary firmness from continuing to engage in activities protected by the First Amendment?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 4, answer Question No. 5, then follow the instructions following Question No. 5.

If you answered NO to Question No. 4, skip Question No. 5, answer Question No. 6, then follow the instructions following Question No. 6.

**QUESTION NO. 5:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant John Simmons's actions were motivated or substantially caused by her protected activities?

Answer YES or NO: _____YES_____

Proceed to Question No. 6.

**QUESTION NO. 6:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Marlin Independent School District took an action against her that would deter a person of ordinary firmness from continuing to engage in activities protected by the First Amendment?

Answer YES or NO:  YES

If you answered YES to Question No. 6, answer Question No. 7, then follow the instructions following Question No. 7.

If you answered NO to Question No. 6, skip Question No. 7, answer Question No. 8, then follow the instructions following Question No. 8.

**QUESTION NO. 7:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Marlin Independent School District's actions were motivated or substantially caused by her protected activities?

Answer YES or NO: YES

Proceed to Question No. 8.

**QUESTION NO. 8:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that she engaged in an activity protected by the First Amendment?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 8, answer Question No. 9, then follow the instructions following Question No. 9.

If you answered NO to Question No. 8, skip to Question No. 13, answer Question No. 13, then follow the instructions following Question No. 13.

**QUESTION NO. 9:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson took an action against her that would deter a person of ordinary firmness from continuing to engage in activities protected by the First Amendment?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 9, answer Question No. 10, then follow the instructions following Question No. 10.

If you answered NO to Question No. 9, skip Question No. 10, answer Question No. 11, then follow the instructions following Question No. 11.

**QUESTION NO. 10:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson's actions were motivated or substantially caused by her protected activities?

Answer YES or NO: _YES_____

Proceed to Question 11.

**QUESTION NO. 11:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District took an action against her that would deter a person of ordinary firmness from continuing to engage in activities protected by the First Amendment?

Answer YES or NO: _YES_____

If you answered YES to Question No. 11, answer Question No. 12, then follow the instructions following Question No. 12.

If you answered NO to Question No. 11, skip Question No. 12, answer Question No. 13, then follow the instructions following Question No. 13.

**QUESTION NO. 12:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District's actions were motivated or substantially caused by her protected activities?

Answer YES or NO: _____YES_____

Proceed to Question No. 13.

**QUESTION NO. 13:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that he engaged in an activity protected by the First Amendment?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 13, answer Question No. 14, then follow the instructions following Question No. 14.

If you answered NO to Question No. 13, skip to Question No. 18, answer Question No. 18, then follow the instructions following Question No. 18.

**QUESTION NO. 14:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson took an action against him that would deter a person of ordinary firmness from continuing to engage in activities protected by the First Amendment?

Answer YES or NO: ___Yes_____

If you answered YES to Question No. 14 answer Question No. 15, then follow the instructions following Question No. 15.

If you answered NO to Question No. 14, skip Question No. 15, answer Question No. 16, then follow the instructions following Question No. 16.

**QUESTION NO. 15:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that  Defendant Darryl Henson's actions were motivated or substantially caused by his protected activities?

Answer YES or NO: ___Yes_____

Proceed to Question No. 16.

**QUESTION NO. 16:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District took an action against him that would deter a person of ordinary firmness from continuing to engage in activities protected by the First Amendment?

Answer YES or NO: ___YES_____

If you answered YES to Question No. 16, answer Question No. 17, then follow the instructions following Question No. 17.

If you answered NO to Question No. 16, skip Question No. 17, answer Question No. 18, then follow the instructions following Question No. 18.

**QUESTION NO. 17:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District's actions were motivated or substantially caused by his protected activities?

Answer YES or NO: ___YES_____

Proceed to Question No. 18.

**QUESTION NO. 18:**

Has Plaintiff Praiyer Jones proven, by a preponderance of the evidence, that he engaged in an activity protected by the First Amendment?

Answer YES or NO: ___YES___

If you answered YES to Question No. 18, answer Question No. 19, then follow the instructions following Question No. 19.

If you answered NO to Question No. 18, skip to Question No. 23, answer Question No. 23, then follow the instructions following Question No. 23.

**QUESTION NO. 19:**

Has Plaintiff Praiyer Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson took an action against him that would deter a person of ordinary firmness from continuing to engage in activities protected by the First Amendment?

Answer YES or NO: ___YES___

If you answered YES to Question No. 19, answer Question No. 20, then follow the instructions following Question No. 20.

If you answered NO to Question No. 19, skip Question No. 20, answer Question No. 21, then follow the instructions following Question No. 21.

**QUESTION NO. 20:**

Has Plaintiff Praiyer Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson's actions were motivated or substantially caused by his protected activities?

Answer YES or NO: ___YES___

Proceed to Question No. 21.

**QUESTION NO. 21:**

Has Plaintiff Praiyer Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District took an action against him that would deter a person of ordinary firmness from continuing to engage in activities protected by the First Amendment?

Answer YES or NO: ___YES___

If you answered YES to Question No. 21, answer Question No. 22, then follow the instructions following Question No. 22.

If you answered NO to Question No. 21, skip Question No. 22, answer Question No. 23, then follow the instructions following Question No. 23.

**QUESTION NO. 22:**

Has Plaintiff Praiyer Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District's actions were motivated or substantially caused by his protected activities?

Answer YES or NO: _____YES_____

Proceed to Question No. 23.

**QUESTION NO. 23:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Darryl Henson deprived her of a protected liberty interest?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 23, answer Question No. 24, then follow the instructions following Question No. 24.

If you answered NO to Question No. 23, skip Questions No. 24 and 25, answer Question No. 26, then follow the instructions following Question No. 26.

**QUESTION NO. 24:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Darryl Henson deprived her of her protected interests while acting under the color of state law?

Answer YES or NO: ___YES___

If you answered YES to Question No. 24, answer Question No. 25, then follow the instructions following Question No. 25.

If you answered NO to Question No. 24, skip Question No. 25, answer Question No. 26, then follow the instructions following Question No. 26.

**QUESTION NO. 25:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Darryl Henson deprived her of her protected interests without due process of law?

Answer YES or NO: ___YES___

Proceed to Question No. 26.

**QUESTION NO. 26:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Marlin Independent School District deprived her of a protected liberty interest?

Answer YES or NO: ___YES___

If you answered YES to Question No. 26, answer Question No. 27, then follow the instructions following Question No. 27.

If you answered NO to Question No. 26, skip Questions No. 27 and 28, answer Question No. 29, then follow the instructions following Question No. 29.

**QUESTION NO. 27:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Marlin Independent School District deprived her of her protected interests while acting under the color of state law?

Answer YES or NO: ___YES___

If you answered YES to Question No. 27, answer Question No. 28, then follow the instructions following Question No. 28.

If you answered NO to Question No. 27, skip Question No. 28, answer Question No. 29, then follow the instructions following Question No. 29.

**QUESTION NO. 28:**

Has Plaintiff Monica Johnson proven, by a preponderance of the evidence, that Defendant Marlin Independent School District deprived her of her protected interests without due process of law?

Answer YES or NO: _____YES_____

Proceed to Question No. 29

**QUESTION NO. 29:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson deprived her of a protected liberty interest?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 29, answer Question No. 30, then follow the instructions following Question No. 30.

If you answered NO to Question No. 29, skip Questions No. 30 and 31, answer Question No. 32, then follow the instructions following Question No. 32.

**QUESTION NO. 30:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson deprived her of her protected interests while acting under the color of state law?

Answer YES or NO: _YES_

If you answered YES to Question No. 30, answer Question No. 31, then follow the instructions following Question No. 31.

If you answered NO to Question No. 30, skip Question No. 31, answer Question No. 32, then follow the instructions following Question No. 32.

**QUESTION NO. 31:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson deprived her of her protected interests without due process of law?

Answer YES or NO: _YES_

Proceed to Question No. 32.

**QUESTION NO. 32:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District deprived her of a protected liberty interest?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 32, answer Question No. 33, then follow the instructions following Question No. 33.

If you answered NO to Question No. 32, skip Questions No. 33 and 34, answer Question No. 35, then follow the instructions following Question No. 35.

**QUESTION NO. 33:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District deprived her of her protected interests while acting under the color of state law?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 33, answer Question No. 34, then follow the instructions following Question No. 34.

If you answered NO to Question No. 33, skip Question No. 34, answer Question No. 35, then follow the instructions following Question No. 35.

**QUESTION NO. 34:**

Has Plaintiff Brandolyn Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District deprived her of her protected interests without due process of law?

Answer YES or NO: _____YES_____

Proceed to Question No. 35.

**QUESTION NO. 35:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson deprived him of a protected liberty interest?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 35, answer Question No. 36, then follow the instructions following Question No. 36.

If you answered NO to Question No. 35, skip Questions No. 36 and 37, answer Question No. 38, then follow the instructions following Question No. 38.

**QUESTION NO. 36:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson deprived him of his protected interests while acting under the color of state law?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 36, answer Question No. 37, then follow the instructions following Question No. 37.

If you answered NO to Question No. 36, skip Question No. 37, answer Question No. 38, then follow the instructions following Question No. 38.

**QUESTION NO. 37:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that Defendant Darryl Henson deprived him of his protected interests without due process of law?

Answer YES or NO: _____YES_____

Proceed to Question No. 38.

**QUESTION NO. 38:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District deprived him of a protected liberty interest?

Answer YES or NO: ___YES___

If you answered YES to Question No. 38, answer Question No. 39, then follow the instructions following Question No. 39.

If you answered NO to Question No. 38, skip Questions No. 39 and 40, answer Question No. 41, then follow the instructions following Question No. 41.

**QUESTION NO. 39:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District deprived him of his protected interests while acting under the color of state law?

Answer YES or NO: ___YES___

If you answered YES to Question No. 39, answer Question No. 40, then follow the instructions following Question No. 40.

If you answered NO to Question No. 39, skip Question No. 40, answer Question No. 41, then follow the instructions following Question No. 41.

**QUESTION NO. 40:**

Has Plaintiff Clifford Jones proven, by a preponderance of the evidence, that Defendant Marlin Independent School District deprived him of his protected interests without due process of law?

Answer YES or NO: _____YES_____

Proceed to Question No. 41.

**QUESTION NO. 41:**

Has Plaintiff A.J. proven, by a preponderance of the evidence, that he was an individual with a disability?

Answer YES or NO: _____YES_____

If you answered YES to Question No. 41, answer Question No. 42, then follow the instructions following Question No. 42.

If you answered NO to Question No. 41, skip to Question No. 45, answer Question No. 45, then follow the instructions following Question No. 45.

**QUESTION NO. 42:**

Has Plaintiff A.J. proven, by a preponderance of the evidence, that he was otherwise qualified to participate in or receive benefits from his school's programs or activities?

Answer YES or NO: ___YES___

If you answered YES to Question No. 42, answer Question No. 43, then follow the instructions following Question No. 43.

If you answered NO to Question No. 42, skip to Question No. 45, answer Question No. 45, then follow the instructions following Question No. 45.

**QUESTION NO. 43:**

Has Plaintiff A.J. proven, by a preponderance of the evidence, that his school's programs or activities received federal funding?

Answer YES or NO: ___YES___

If you answered YES to Question No. 43, answer Question No. 44, then follow the instructions following Question No. 44.

If you answered NO to Question No. 43, skip to Question No. 45, answer Question No. 45, then follow the instructions following Question No. 45.

**QUESTION NO. 44:**

Has Plaintiff A.J. proven, by a preponderance of the evidence, that Defendant Marlin Independent School District excluded him from participating in, or denied him the benefits of, or otherwise subjected him to discrimination under his school's programs or activities solely by reason of his disability?

Answer YES or NO: _____YES_____

Proceed to Question No. 45.

**QUESTION NO. 45:**

If you answered YES to Questions No. 1, 2, and 3, please answer this question. Otherwise, please skip this question and proceed to Question No. 46.

You have found that Defendant Darryl Henson retaliated against Plaintiff Monica Johnson for exercising her First Amendment rights. What amount of damages, if any, should Defendant Darryl Henson pay to Plaintiff Monica Johnson for this claim?

Nominal Damages: $2,000.00

Compensatory Damages: $108,400.00

Punitive Damages: $808,571.00

**QUESTION NO. 46:**

If you answered YES to Questions No. 1, 4, and 5, please answer this question. Otherwise, please skip this question and proceed to Question No. 47.

You have found that Defendant John Simmons retaliated against Plaintiff Monica Johnson for exercising her First Amendment rights. What amount of damages, if any, should Defendant John Simmons pay to Plaintiff Monica Johnson for this claim?

Nominal Damages:        $2,000.00

Compensatory Damages:   $99,905.00

Punitive Damages:       $254,762.00

**QUESTION NO. 47:**

If you answered YES to Questions No. 1, 6, and 7, please answer this question. Otherwise, please skip this question and proceed to Question No. 48.

You have found that Defendant Marlin Independent School District retaliated against Plaintiff Monica Johnson for exercising her First Amendment rights. What amount of damages, if any, should Defendant Marlin Independent School District pay to Plaintiff Monica Johnson for this claim?

Nominal Damages:        $2,000.00

Compensatory Damages:   $355,000.00

**QUESTION NO. 48:**

If you answered YES to Questions No. 8, 9, and 10, please answer this question. Otherwise, please skip this question and proceed to Question No. 49.

You have found that Defendant Darryl Henson retaliated against Plaintiff Brandolyn Jones for exercising her First Amendment rights. What amount of damages, if any, should Defendant Darryl Henson pay to Plaintiff Brandolyn Jones for this claim?

Nominal Damages:    $2,000.00

Compensatory Damages:    $329,238.00

Punitive Damages:    $535,000.00

**QUESTION NO. 49:**

If you answered YES to Questions No. 8, 11, and 12, please answer this question. Otherwise, please skip this question and proceed to Question No. 50.

You have found that Defendant Marlin Independent School District retaliated against Plaintiff Brandolyn Jones for exercising her First Amendment rights. What amount of damages, if any, should Defendant Marlin Independent School District pay to Plaintiff Brandolyn Jones for this claim?

Nominal Damages:    $2,000.00

Compensatory Damages:    $222,857.00

**QUESTION NO. 50:**

If you answered YES to Questions No. 13, 14, and 15, please answer this question. Otherwise, please skip this question and proceed to Question No. 51.

You have found that Defendant Darryl Henson retaliated against Plaintiff Clifford Jones for exercising his First Amendment rights. What amount of damages, if any, should Defendant Darryl Henson pay to Plaintiff Clifford Jones for this claim?

Nominal Damages:  $2000.00

Compensatory Damages:  $135,333.00

Punitive Damages:  $220,143.00

**QUESTION NO. 51:**

If you answered YES to Questions No. 13, 16, and 17, please answer this question. Otherwise, please skip this question and proceed to Question No. 52.

You have found that Defendant Marlin Independent School District retaliated against Plaintiff Clifford Jones for exercising his First Amendment rights. What amount of damages, if any, should Defendant Marlin Independent School District pay to Plaintiff Clifford Jones for this claim?

Nominal Damages:  $2000.00

Compensatory Damages:  $216,429.00

**QUESTION NO. 52:**

If you answered YES to Questions No. 18, 19, and 20, please answer this question. Otherwise, please skip this question and proceed to Question No. 53.

You have found that Defendant Darryl Henson retaliated against Plaintiff Praiyer Jones for exercising his First Amendment rights. What amount of damages, if any, should Defendant Darryl Henson pay to Plaintiff Praiyer Jones for this claim?

Nominal Damages:    *#2,000.⁰⁰*

Compensatory Damages:    *#213,333.⁰⁰*

Punitive Damages:    *#434,095.⁰⁰*

**QUESTION NO. 53:**

If you answered YES to Questions No. 18, 21, and 22, please answer this question. Otherwise, please skip this question and proceed to Question No. 54.

You have found that Defendant Marlin Independent School District retaliated against Plaintiff Praiyer Jones for exercising his First Amendment rights. What amount of damages, if any, should Defendant Marlin Independent School District pay to Plaintiff Praiyer Jones for this claim?

Nominal Damages:    *#2,000.⁰⁰*

Compensatory Damages:    *#159,524.⁰⁰*

**QUESTION NO. 54:**

If you answered YES to Questions No. 23, 24, and 25, please answer this question. Otherwise, please skip this question and proceed to Question No. 55.

You have found that Defendant Darryl Henson violated Plaintiff Monica Johnson's right to due process. What amount of damages, if any, should Defendant Darryl Henson pay to Plaintiff Monica Johnson for this claim?

Nominal Damages: _$2,000.00_

Compensatory Damages: _$547,381.00_

Punitive Damages: _$1,018,571.00_

**QUESTION NO. 55:**

If you answered YES to Questions No. 26, 27, and 28, please answer this question. Otherwise, please skip this question and proceed to Question No. 56.

You have found that Defendant Marlin Independent School District violated Plaintiff Monica Johnson's right to due process. What amount of damages, if any, should Defendant Marlin Independent School District pay to Plaintiff Monica Johnson for this claim?

Nominal Damages: _$2,000.00_

Compensatory Damages: _$261,190.00_

**QUESTION NO. 56:**

If you answered YES to Questions No. 29, 30, and 31, please answer this question. Otherwise, please skip this question and proceed to Question No. 57.

You have found that Defendant Darryl Henson violated Plaintiff Brandolyn Jones's right to due process. What amount of damages, if any, should Defendant Darryl Henson pay to Plaintiff Brandolyn Jones for this claim?

Nominal Damages: _$2,000.00_

Compensatory Damages: _$251,619.00_

Punitive Damages: _$559,524.00_

**QUESTION NO. 57:**

If you answered YES to Questions No. 32, 33, and 34, please answer this question. Otherwise, please skip this question and proceed to Question No. 58.

You have found that Defendant Marlin Independent School District violated Plaintiff Brandolyn Jones's right to due process. What amount of damages, if any, should Defendant Marlin Independent School District pay to Plaintiff Brandolyn Jones for this claim?

Nominal Damages: _$2,000.00_

Compensatory Damages: _$292,667.00_

**QUESTION NO. 58:**

If you answered YES to Questions No. 35, 36, and 37, please answer this question. Otherwise, please skip this question and proceed to Question No. 59.

You have found that Defendant Darryl Henson violated Plaintiff Clifford Jones's right to due process. What amount of damages, if any, should Defendant Darryl Henson pay to Plaintiff Clifford Jones for this claim?

Nominal Damages: _$2,000.00_

Compensatory Damages: _$159,200.00_

Punitive Damages: _$185,533.00_

**QUESTION NO. 59:**

If you answered YES to Questions No. 38, 39, and 40, please answer this question. Otherwise, please skip this question and proceed to Question No. 60.

You have found that Defendant Marlin Independent School District violated Plaintiff Clifford Jones's right to due process. What amount of damages, if any, should Defendant Marlin Independent School District pay to Plaintiff Clifford Jones for this claim?

Nominal Damages: _$2,000.00_

Compensatory Damages: _$139,238.00_

**QUESTION NO. 60:**

If you answered YES to Questions No. 41, 42, 43, and 44, please answer this question. Otherwise, please inform the Court Security Officer that you have reached a verdict.

You have found that Defendant Marlin Independent School District violated Plaintiff A.J.'s rights under Section 504 of the Rehabilitation Act. What amount of nominal damages, if any, should Defendant Marlin Independent School District pay to Plaintiff A.J. for this claim?

Nominal Damages:    #16,952.00

Once you have completed this question, please alert the Court Security Officer that you have reached a verdict.

<u>SIGNATURE</u>

Your verdict must be unanimous. The Presiding Juror should sign and date below once all questions have been answered.

Signed this <u>20th</u> day of January, 2026.



PRESIDING JUROR